Jonathan A. Dessaules, State Bar No. 019439
Douglas C. Wigley, State Bar No. 027223
**DESSAULES LAW GROUP**
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
Tel. 602.274.5400
Fax 602.274.5401
jdessaules@dessauleslaw.com
dwigley@dessauleslaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Majid Jajo, an individual, | No. 2:13-cv-00069-SRB |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE** |
| Auto-Owners Insurance Company, a Michigan corporation, | |
| Defendant. | |

Notice is given that Plaintiff Majid Jajo, by and through undersigned counsel, has on this date served his Sixth Supplemental Disclosure Statement upon Defendant Auto-Owners Insurance Company, by mailing said documents to Defendant's counsel of record.

DATED this 18th day of April 2014.

DESSAULES LAW GROUP

By:  /s/ Douglas C. Wigley (#027223)
Jonathan A. Dessaules
Douglas C. Wigley
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2014 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin C. Barrett
Amanda J. Taylor
GRAIF BARRETT & MATURA, P.C.
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
kbarrett@gbmlawpc.com
ataylor@gbmlawpc.com
*Attorneys for Defendant*

  /s/ Hilary Peters