Kevin C. Barrett, SBA No. 020104
Amanda J. Taylor, SBA No. 024006
**GRAIF BARRETT & MATURA, P.C.**
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Tel: (602) 792-5700
Fax: (602) 792-5711
E-Mail: kbarrett@gbmlawpc.com
ataylor@gbmlawpc.com

*Attorneys for Auto-Owners Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MAJID JAJO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation, <br><br> Defendant. | Case No. CV-13-0069-PHX-SRB <br><br> **NOTICE OF SERVICE OF AUTO-OWNERS' FOURTH SUPPLEMENTAL RULE 26 DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that on April 18, 2014, Defendant served on Plaintiff its Fourth Supplemental Rule 26 Disclosure Statement.

DATED this 18th day of April, 2014.

GRAIF, BARRETT & MATURA, P.C.

By: */s/ Kevin Barrett*
    Kevin C. Barrett
    Amanda J. Taylor

*Attorneys for Defendant Auto-Owners Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Jonathan A. Dessaules
Douglas C. Wigley
DESSAULES LAW GROUP
2700 N. Central Avenue, Suite 1250
Phoenix, AZ  85004

*Attorneys for Plaintiff*

*/s/ Carolyn Harrington*

4823-7342-9530, v. 1

2